AO 154 (10/03) Substitution of Attorney

# United States District Court

| Southern | District of | New York |

| Maria de Lourdes Perea Lucero | |
|---|---|
| Plaintiff(s), | CONSENT ORDER GRANTING |
| v. | SUBSTITUTION OF ATTORNEY |
| Your Beautiful Threading Salon, Inc., et al | |
| Defendant(s). | CASE NUMBER: 18-cv-9323 |

Notice is hereby given that, subject to approval by the court, __Your Beautiful Threading Salon, Inc.__ substitutes
(Party (s) Name)

__Eric Su, Esq. from FordHarrison LLP__, State Bar No. __3070125__ as counsel of record in
(Name of New Attorney)

place of __Pat B. Pitchayan of Pitchayan & Associates, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Ford Harrison LLP |
|---|---|
| Address: | 60 East 42nd Street, 51st Floor, New York, NY 10650 |
| Telephone: | (212) 453-5935    Facsimile  (212) 453-5959 |
| E-Mail (Optional): | esu@fordharrison.com |

I consent to the above substitution.
Date: 2-22-19
_____
(Signature of Party (s))

I consent to being substituted.
Date: 2/22/19
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-22-2019
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

PS A0 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Maria de Lourdes Perea Lucero
                              Plaintiff (s),

v.

Your Beautiful Threading Salon, Inc., et al
                             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-9323

Notice is hereby given that, subject to approval by the court, __Beautiful Brows, Inc.__ substitutes
(Party (s) Name)

__Eric Su, Esq. from FordHarrison LLP_____, State Bar No. __3070125__ as counsel of record in
(Name of New Attorney)

place of __Pat B. Pitchayan of Pitchayan & Associates, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Ford Harrison LLP |
| Address: | 60 East 42nd Street, 51st Floor, New York, NY 10650 |
| Telephone: | (212) 453-5935   Facsimile (212) 453-5959 |
| E-Mail (Optional): | esu@fordharrison.com |

I consent to the above substitution.
Date: __2/22/19__

                                                  (Signature of Party (s))

I consent to being substituted.
Date: __2/22/19__

                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __2-22-2019__

                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                  Judge

[Note: A separate consent order of substitution must be filed by each **new attorney wishing to enter an appearance.**]