# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

jbarton@faillacelaw.com

May 1, 2019

**BY ECF**
Honorable Gabriel Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Perea Lucero et al v. Your Beautiful Threading Salon, Inc. et al
       Case No. 18-cv-9323

Your Honor:

  This office represents Plaintiff in the above referenced matter. Along with Defendants' incoming new counsel, Plaintiff respectfully reports that the parties are finalizing their settlement agreement, and expect to have an executed document submitted to the Court for approval or a status report regarding the settlement filed with the Court on or before May 15, 2019.

            Respectfully submitted,

            /s/Jesse Barton
            Jesse Barton
            MICHAEL FAILLACE & ASSOCIATES, P.C.
            Attorneys for the Plaintiff

Enclosures