UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DE LOURDES PEREA LUCERO, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

YOUR BEAUTIFUL THREADING SALON, INC. (D/B/A BEAUTIFUL BROWS THREADING & NAILS), 1003 SWEET GIRL INC. (D/B/A BEAUTIFUL NAIL AND SPA), BEAUTIFUL BROWS, INC. (D/B/A BEAUTIFUL BROWS), ROXANNE DOE, SULEMA DOE, and RYMA DOE,

        Defendants.

**ORDER**

18 Civ. 9323 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having approved the parties' proposed settlement agreement, and having been advised that the parties now seek dismissal of the case with prejudice, it is hereby ORDERED that this action is dismissed with prejudice.

Dated: New York, New York
      July 24, 2019

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge